AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Jane Helms, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*<br><br>v.<br><br>Westgate Resorts Inc; Westgate Resorts Ltd; Westgate Myrtle Beach LLC; Central Florida Investments Inc; John Doe Corporations 1-25,<br>*Defendant* | ) | Civil Action No. 4:24-cv-04154-JD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________________ recover costs from the plaintiff *(name)* _________________.

✔ other: This case is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable ______________ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable ____________ presiding, without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Defendant's Motion to Dismiss.

Date: March 19, 2026

Robin L. Blume
*CLERK OF COURT*

s/L. Gibbons

*Signature of Clerk or Deputy Clerk*